UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

 v.              Case No. 15-CR-016 (PP)

ORLANDO MEDINA, a/k/a,

ALEJANDRO PAGAN,

    Defendant.

## INFORMATION PURSUANT TO 21 U.S.C. § 851

  The United States of America, by and through its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Mario F. Gonzales, Assistant United States Attorney for said district, hereby states and intends to rely on the below-described previous conviction of the defendant, Orlando Medina, a/k/a Alejandro Pagan, for purpose of increased penalties under 21 U.S.C. §§ 841(b)(1)(B) and 851(a). The conviction is described as follows:

  On February 13, 2003, Orlando Medina, a/k/a Alejandro Pagan was convicted of a felony drug offense, to wit: Possession of a Controlled Substance-Cocaine with Intent to Deliver, in violation of Wisconsin Statute Sections 161.16(2)(b)(1), and 161.41(1m)(cm)(1), in Milwaukee County Circuit Court in the State of Wisconsin, Case No. 2002CF004222, and was sentenced to the maximum term of imprisonment fifty months Wisconsin state prison. The initial term of

confinement was thirty months imprisonment in the Wisconsin State Prison system to be followed by twenty months extended supervision.

Filed pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851(a).

Dated this 5th day of January, 2018.

    s/GREGORY J. HAANSTAD
United States Attorney
Wisconsin Bar No. 1036125
Office of the United States Attorney
Eastern District of Wisconsin
U.S. Federal Building & Courthouse
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Facsimile: (414) 297-1738
E-Mail: Gregory.Haanstad @usdoj.gov